**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EARLE ASPHALT COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW JERSEY TURNPIKE AUTHORITY; KRIS KOLLURI, in his official capacity as Executive Director of the New Jersey Turnpike Authority; OCEAN COUNTY; and EVESHAM TOWNSHIP,<br><br>Defendants,<br><br>STATE OF NEW JERSEY,<br><br>Intervenor-Defendant,<br><br>NORTH AMERICA'S BUILDING TRADES UNIONS, BUILDING AND CONSTRUCTION TRADES COUNCIL OF MONMOUTH AND OCEAN COUNTIES, AND UNITED BUILDING TRADES COUNCIL OF CAMDEN COUNTY AND VICINITY,<br><br>Intervenor-Defendants. | Hon. Zahid N. Quraishi, U.S.D.J.<br><br>Civil Action No.: 3:26-4860-ZNQ-TJB |

**<u>JOINT STIPULATION FOR PRELIMNARY INJUNCTION HEARING</u>**

Pursuant to this Court's August 17 Order, ECF No. 73, counsel for Plaintiff Earle Asphalt Company, Inc; Defendant Ocean County; Defendant Evesham Township; Intervenor-Defendants North America's Building Trades Unions, Building and

Construction Trades Council of Monmouth and Ocean Counties, and United Building Trades Council of Camden County and Vicinity ("Building Trades"); and Intervenor-Defendant State of New Jersey (collectively, the "Parties") have conferred regarding a proposed schedule for the preliminary injunction hearing set for September 1, 2026.

Neither side intends to call any witnesses to give live testimony, nor to introduce additional exhibits beyond what was already filed accompanying the Parties' preliminary injunction briefing. The Parties believe that a one-hour oral argument, with 30 minutes allocated for each side as described below, would be appropriate. The parties further propose that counsel for Defendants State of New Jersey and the Building Trades split the 30 minutes for Defendants, with each presenting for 15 minutes. In the interest of efficiency, the parties propose that counsel for the Building Trades present argument on behalf of the Building Trades as well as Defendants Evesham and Ocean County.

| **Proposed Oral Argument Schedule** | |
|---|---|
| Plaintiff Earle Asphalt | 30 Minutes |
| Defendant State of New Jersey | 15 Minutes |
| Defendant Building Trades | 15 Minutes |

Dated: August 25, 2026

Respectfully Submitted,

By: /s/ Sean J. Radomski
SEAN J. RADOMSKI
N.J. Bar No. 117792014
NOELLE DANIEL*
Kan. Bar No. 29461
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
(202) 888-6881
SRadomski@pacificlegal.org
NDaniel@pacificlegal.org

ERIN E. WILCOX*
Cal. Bar No. 337427
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111
EWilcox@pacificlegal.org

WISCONSIN INSTITUTE FOR
LAW & LIBERTY
Lucas Vebber*
W.I. Bar No. 1067543
Daniel P. Lennington*
W.I. Bar No. 1088694
Erin E. Gamble*
W.I. Bar No. 1125977
1241 North Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414) 727-6385
Lucas@will-law.org
Dan@will-law.org
Erin@will-law.org
**Pro Hac Vice*

*Attorneys for Plaintiff Earle Asphalt, Inc.*

By: /s/ A. Ross Pearlson
A. Ross Pearlson, Esq.
Jeffrey P Mongiello, Esq.
Nathan A Muller, Esq.
CHIESA SHAHINIAN &
GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2100
Fax: 973-530-2300
Rpearlson@csglaw.com
Jmongiello@csglaw.com
Amuller@csglaw.com
*Attorneys for Defendant*
*New Jersey Turnpike Authority*

By: /s/ Mark R. Natale
Mark R. Natale, Esq.
Malamut Law
457 Haddonfield Road Suite 500
Cherry Hill, NJ 08002
856-424-1808
Mnatale@malamutlaw.com
*Attorney for Defendant Evesham Township*

By: /s/ Mathew Thompson
Mathew Thompson, Esq.
Berry, Sahradnik, Kotzas & Benson
212 Hooper Avenue, P.O. Box 757
Toms River, NJ 08753
Phone:732-349-4800
Mthompson@bskb-law.com
*Attorney for Defendant Ocean County*

By: /s/ Raymond G. Heineman
Raymond G. Heineman, Esq.
Kroll Heineman Ptasiewicz & Parsons. LLC
91 Fieldcrest Avenue Suite 35
Edison, NJ 08837
732-491-2100
Fax: 732-491-2120
Rheineman@krollfirm.com

Bradley Mark Parsons, Esq.
David F. Watkins , Jr., Esq.
Mark E. Belland
O'BRIEN BELLAND AND BUSHINSKY
509 South Lenola Road Bldg. 6
Moorsetown, NJ 08057
856-795-2181
Fax: 856-581-4214
Bparsons@obbblaw.com
Dwatkins@obbblaw.com
Mbelland@obbblaw.com

Jacob J. Demree, Esq.*
Erich H. Lange, Esq.*
Jonathan D. Newman, Esq.*
Sherman Dunn P.C.
900 Seventh Street, N.W. Suite 1000
Washington D.C. 20001
Lange@shermandunn.com
**Pro Hac Vice*

*Attorneys for Intervenor-Defendants North Americas Building Trades Union, The Building and Construction Trades Council of Monmouth and Ocean Counties and the Building Trades Council of Camden County and Vicinity*

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Brad M. Reiter
Shankar Duraiswamy
*Deputy Solicitor General*
Kristin L. Vassallo
*Assistant Attorney General*
Brad M. Reiter
Janine S. Balekdjian
Thomas H. Boisvert
Ashleigh B. Shelton
*Deputy Attorneys General*
R.J. Hughes Justice Complex,
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
908-507-2949
Shankar.Duraiswamy@njoag.gov
Kristin.Vassallo@law.njoag.gov
Brad.Rieter@law.njoag.gov
Janine.Balekdjian@njoag.gov
Thomas.Boisvert@law.njoag.gov
Ashleigh.Shelton@law.njoag.gov
*Attorneys for Intervenor-Defendant State of New Jersey*