**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**EARLE ASPHALT COMPANY, INC.**,

Plaintiff,

v.

**NEW JERSEY TURNPIKE AUTHORITY, *et al.***,

Defendants.

Civil Action No. 26-4860 (ZNQ) (TJB)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion for a Preliminary Injunction filed by Plaintiff Earle Asphalt Company, Inc. on May 15, 2026 (the "Motion," ECF No. 14.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **23rd** day of **September 2026**,

**ORDERED** that Plaintiff's Motion (ECF No. 14) is hereby **DENIED**; and it is further

**ORDERED** that, pursuant to the Court's Consent Order (ECF No. 54), the parties shall submit a joint letter addressing the next steps in this litigation within **14 days** of this Order.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**