October 7, 2026

VIA ECF
Honorable Zahid Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Court Room 4W
Trenton, New Jersey 08608

**Re: *Earle Asphalt, Co. v. New Jersey Turnpike Authority, et al*, Civil Action No. 26-4860 (ZNQ) (TJB)**

Dear Judge Quirashi,

The undersigned parties submit this joint letter to propose next steps in this litigation, consistent with the Court's September 23, 2026 Order, ECF 79.

The parties have conferred and propose that Defendants file any pre-motion letters for motions to dismiss by October 23, 2026. The parties additionally propose the following briefing schedule for the motions to dismiss:

- Defendants shall file motions to dismiss and briefs in support of their motions 21 days after the pre-motion conference or the Court's decision not to hold a pre-motion conference.
- Plaintiff shall file an opposition 45 days after Defendants file opening briefs.
- Defendants shall file reply briefs 21 days after the Plaintiff files an opposition.

The parties are continuing to confer about discovery and propose submitting a further status report by October 21 regarding whether and how to proceed with discovery while motions to dismiss are pending.

The parties respectfully request that the Court enter an order setting the above deadlines.

Respectfully Submitted,

/s/ Sean J. Radomski
SEAN J. RADOMSKI
N.J. Bar No. 117792014
NOELLE DANIEL*
Kan. Bar No. 29461

/s/ Mark R. Natale
Mark R. Natale, Esq.
Malamut Law
NJ Bar # 071292014
457 Haddonfield Road, Suite 500

Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
(202) 888-6881
SRadomski@pacificlegal.org
NDaniel@pacificlegal.org

ERIN E. WILCOX*
Cal. Bar No. 337427
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111
EWilcox@pacificlegal.org

WISCONSIN INSTITUTE FOR LAW & LIBERTY
Lucas Vebber*
W.I. Bar No. 1067543
Daniel P. Lennington*
W.I. Bar No. 1088694
Erin E. Gamble*
W.I. Bar No. 1125977
1241 North Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414) 727-6385
Lucas@will-law.org
Dan@will-law.org
Erin@will-law.org

**Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

Cherry Hill, New Jersey 08002
856-424-1808
mnatale@malamutlaw.com

*Attorney for Defendant Evesham Township*

/s/ Mathew B. Thompson
Mathew Thompson, Esq.
Berry, Sahradnik, Kotzas & Benson
212 Hooper Avenue
P.O. Box 757
Toms River, New Jersey 08753

*Attorney for the Defendant, County of Ocean*

/s/ Shankar Duraiswamy
Shankar Duraiswamy
Deputy Solicitor General
Office of the NJ Attorney General
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
(609) 649-1019
Shankar.Duraiswamy@njoag.gov

*Attorney for State of New Jersey*

/s/ Jeffrey P. Mongiello
Jeffrey P. Mongiello, Esq.
Chiesa Shahinian & Giantomasi pc
105 Eisenhower Parkway
Roseland, NJ 07068
973.325.1500
973.325.1501
jmongiello@csglaw.com

*Attorneys for Defendants New Jersey Turnpike Authority and Kris Kolluri, in his official capacity*

/s/ Jonathan D. Newman
Jonathan D. Newman
Jacob J. Demree
Erich H. Lange
SHERMAN DUNN, P.C.
900 Seventh Street, N.W.
Suite 1000
Washington, D.C. 20001
(202) 785-9300

Raymond G. Heineman
KROLL HEINEMAN PTASIEWICZ PARSONS & JAMESON
91 Fieldcrest Avenue
Suite 35
Edison, NJ 08837
(732) 491-2100

Mark E. Belland
David F. Watkins
O'BRIEN BELLAND & BUSHINSKY, LLC
509 S. Lenola Road
Building 6
Moorestown, NJ 08057
(856) 795-2181

*Counsel for Intervenors-Defendants Building Trades*

cc: Counsel of Record (via ECF)

SO ORDERED:

Dated: October 8, 2026

s/Zahid N. Quraishi
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE