MIKIE SHERRILL
*Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 Market Street
Trenton, NJ 08625

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

October 23, 2026

**VIA ECF**
The Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: Earle Asphalt Company, Inc., v. New Jersey Turnpike Authority, et al.
No.: 3:26-4860-ZNQ-TJB

Dear Judge Quraishi:

This office represents Intervenor-Defendant, the State of New Jersey, in the above matter. We respectfully write, on behalf of all Defendants, to seek clarification regarding the briefing schedule for the Defendants' motions to dismiss. Plaintiff consents to this request for clarification.

On October 7, 2026, the parties filed a letter proposing that Defendants file any pre-motion letters for motions to dismiss by October 23, 2026; and setting out a briefing schedule for the Court's consideration. *See* ECF 81. Pursuant to the Court's Individual Preferences, Plaintiff must file a response to the pre-motion letters by October 30, 2026, and the Court will then decide whether or not to hold a pre-motion conference. Under the parties' proposed schedule, Defendants would file their motions to dismiss and supporting briefs 21 days after the pre-motion conference or the Court's decision not to hold such a conference—that is, no earlier than November 20. *See id.* Plaintiff would then file its opposition brief 45 days after Defendants filed their opening briefs, and Defendants would file their reply briefs 21 days after the Plaintiff filed its opposition. *See id.* On October 8, 2026, the Court issued an order approving this schedule. *See* ECF 82.

In an order issued October 22, 2026, the Court denied Plaintiff's request for pre-answer discovery and directed Defendants to file their motions to dismiss by a date certain—November 13, 2026—with a return date of December 7, 2026. *See* ECF 84. That direction appears to deviate slightly from the briefing schedule that the Court previously approved, which tied Defendants' motion to dismiss deadline to the date on which the Court holds a pre-motion conference or decides not to hold one—which could not occur any earlier than October 30, the date on which Plaintiff must file its response to Defendants' pre-motion letters.

Given the number of briefs and issues involved in the Defendants' planned motions to dismiss, Defendants respectfully ask the Court to clarify that the briefing schedule proposed by the parties and approved by the Court in ECF 82 continues to govern—and that Defendants' motions to dismiss will be due three weeks after the Court holds or declines to hold a pre-motion conference, which will follow Plaintiff's October 30 submission of its response to Defendants' pre-motion letters.

Alternatively, to the extent the Court wishes to now set dates certain for the parties' motions to dismiss, Defendants respectfully request that the Court amend the briefing schedule as follows:

- Defendants shall file motions to dismiss and briefs in support of their motions by November 20, 2026;
- Plaintiff shall file an opposition by January 4, 2027; and
- Defendants shall file reply briefs by January 25, 2027.

We thank the Court for its consideration of this request.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: /s/Kristin L. Vassallo
Kristin L. Vassallo
Assistant Attorney General

cc: All counsel of record (By ECF)